# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARTURO T. OCHOA,
#56251

      Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

      Defendants.

3:10-cv-00627-LRH-RAM

**ORDER**

On October 6, 2010, the court received a motion for appointment of counsel from plaintiff (docket #1-1). Such document is insufficient to initiate a civil rights action in this court. First, a motion for appointment of counsel must be accompanied by a civil rights complaint. Second, the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all complaints or petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). Plaintiff is further advised that as he is a three strikes litigant, if he chooses to file a civil rights complaint, he must pay the full filing fee, unless he alleges imminent serious physical harm.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice. If plaintiff chooses to file a complaint, he must file a new action under a new case number.

DATED this 5th day of November, 2010.

_____
LARRY R. HICKs
UNITED STATES DISTRICT JUDGE